# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2010

141085

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

ROBERT J. SMITTER,
      Plaintiff-Appellee,

v

THORNAPPLE TOWNSHIP and MICHIGAN
MUNICIPAL LEAGUE WORKERS
COMPENSATION FUND,
      Defendants-Appellees,
and

SECOND INJURY FUND (DUAL
EMPLOYMENT PROVISIONS),
      Defendant-Appellant.

SC: 141085
COA: 294768
WCAC: 09-000037

_____/

      On order of the Court, the application for leave to appeal the April 5, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2010

_____
Clerk

1020